1

2

3

4

5

6

7                          UNITED STATES DISTRICT COURT

8                          EASTERN DISTRICT OF CALIFORNIA

9

10   D'ANNUNZIO ROMAN GAVIOLA              1:24-cv-00655 SAB (PC)
     PATRON,
11
                  Plaintiff,
12                                         ORDER GRANTING APPLICATION TO
          v.                               PROCEED IN FORMA PAUPERIS
13                                         (Doc. # 4)
     LEWY HUGH, et al.,
14                                                     and
                  Defendant.
15
                                           ORDER DIRECTING PAYMENT
16                                         OF INMATE FILING FEE BY THE
                                           FRESNO  COUNTY SHERIFF
17

18        Plaintiff is a prisoner proceeding pro se pursuant to 42 U.S.C. § 1983 and has requested

19   leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  Plaintiff has made the showing

20   required by § 1915(a) and accordingly, the request to proceed in forma pauperis will be granted.

21   Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action.  28 U.S.C. §

22        1915(b)(1).   Plaintiff is obligated to make monthly payments in the amount of twenty

23   percent of the preceding month's income credited to plaintiff's trust account.  The Fresno County

24   Sheriff is required to send to the Clerk of the Court payments from plaintiff's account each time

25   the amount in the account exceeds $10.00, until the statutory filing fee is paid in full.  28 U.S.C.

26   § 1915(b)(2).

27        In accordance with the above and good cause appearing therefore, IT IS HEREBY

28   ORDERED that:

                                              1

1      1.      Plaintiff's application to proceed in forma pauperis is GRANTED;

2      **2.      The Fresno County Sheriff or his designee shall collect payments from**

3  **plaintiff's prison trust account in an amount equal to twenty percent (20%) of the preceding**

4  **month's income credited to the prisoner's trust account and shall forward those payments**

5  **to the Clerk of the Court each time the amount in the account exceeds \$10.00, in accordance**

6  **with 28 U.S.C. § 1915(b)(2), until a total of \$350.00 has been collected and forwarded to the**

7  **Clerk of the Court.  The payments shall be clearly identified by the name and number**

8  **assigned to this action.**

9      3.      The Clerk of the Court is directed to serve a copy of this order and a copy of

10  plaintiff's in forma pauperis application on the Fresno County Sheriff**.**

11      4.      The Clerk of the Court is directed to serve a copy of this order on the Financial

12  Department, U.S.  District Court, Eastern District of California, Sacramento Division.

13      5.      Within sixty (60) days of the date of service of this order, plaintiff shall submit a

14  certified copy of his prison trust account statement for the six-month period immediately

15  preceding the filing of the complaint, if plaintiff has not already done so.

16

17  IT IS SO ORDERED.

18  Dated:   **June 10, 2024**

                                                                                UNITED STATES MAGISTRATE JUDGE