| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| D'ANNUNZIO ROMAN GAVIOLA PATRON, | | No.  1:24-cv-00655-JLT-SAB (PC) |
| | Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATION |
| | v. | (Doc. 12) |
| LEWY HUGH, et al., | | |
| | Defendants. | |

The magistrate judge screened Plaintiff's first amended complaint and found that Plaintiff stated a cognizable due process claim against Defendants Lewy Hugh, C. Mares, G. Herara and a cognizable claim for retaliation against Defendant Alvarez.  (Doc. 12.)  However, because the claims were improperly joined pursuant to Federal Rules of Civil Procedure 18 and 20, the magistrate judge recommended that this action proceed on the due process claim against Defendants Lewy Hugh, C. Mares, G. Herara and the retaliation claim against Defendant Alvarez be dismissed without prejudice subject to refiling in a separate action.  (*Id.* at 6.)

The Court served the Findings and Recommendations on Plaintiff and notified him that any objections were due within 14 days.  (Doc. 12 at 6–7.)  The Court advised Plaintiff that the "failure to file objections within the specified time may result in the waiver of rights on appeal." (*Id.*, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014).)  Plaintiff did not file objections, and the time to do so has passed.

1

Pursuant to 28 U.S.C. § 636(b)(1), this Court performed a *de novo* review of this case. Having carefully reviewed the matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis.  Thus, the Court **ORDERS**:

1. The Findings and Recommendations issued on July 1, 2024 (Doc. 12) are **ADOPTED** in full.
2. This action **SHALL** proceed on <u>only</u> Plaintiff's Fourteenth Amendment due process deliberate indifference claim against Defendants Lewy Hugh, C. Mares, and G. Herara.
3. Plaintiffs claim for retaliation against Defendant Alvarez is **DISMISSED WITHOUT PREJUDICE** as improperly joined under Federal Rules of Civil Procedure 18 and 20, subject to refiling in a separate action.
4. This action is referred to the magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated:   **July 23, 2024**

UNITED STATES DISTRICT JUDGE

2