1

2

3

4

5

6

7

8

9

10

11

12

13

14

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| D'ANNUNZIO ROMAN GAVIOLA PATRON,<br><br>                    Plaintiff,<br><br>        v.<br><br>LEWY HUGH, et al.,<br><br>                    Defendants. | No.  1:24-cv-00655-JLT-SAB (PC)<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE, DENYING PLAINTIFF'S MOTION FOR EXTENSION OF TIME AND REQUEST FOR SUBPOENA AS MOOT, AND GRANTING PLAINTIFF'S MOTION TO AMEND TO SUBSTITUTE NAMED DEFENDANT LEWY HUGH<br><br>(ECF Nos. 23, 28, 29, 30) |

15

16

        Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983.

17

18

19

        On July 24, 2024, the Court ordered service of the first amended complaint on Defendants registered nurse Lewy Hugh, officer C. Mares, and officer G. Herara, at the Fresno County Jail. (ECF No. 14.)

20

21

22

23

        On November 20, 2024, the Court ordered Plaintiff to show cause why Lewy Hugh should not be dismissed pursuant to Rule 4(m), because the staff manager for Wellpath indicated that they do not have an employee by the name of Lewy Hugh, and the United States Marshal has not been successful in locating this Defendant.  (ECF No. 23.)

24

25

        On December 11, 2024, Plaintiff filed a motion for an extension of time to respond to the order to show cause, and a separate request for a subpoena duces tecum.  (ECF Nos. 28, 29.)

26

27

        On December 13, 2024, Plaintiff filed a motion to amend the complaint to substitute nurse Lilian H. in place of nurse Lewy Hugh.  (ECF No. 30.)  Inasmuch as Plaintiff indicates that he

28

recently discovered that the proper identity of the nurse is Lilian H., and not Lewy Hugh, the

Court will grant Plaintiff's motion for substitution and direct service of process by the United

States Marshal on Defendant nurse Lilian H.  Consequently, Plaintiff's motion for an extension of

time and request for subpoena duces tecum as to the identity of the Defendant nurse are rendered

moot and shall be denied.[1]

Based on the foregoing, it is HEREBY ORDERED that:

1.   The Court's order to show cause (ECF No. 23) is DISCHARGED;

2.   Plaintiff's motion to substitute Defendant nurse Lilian H. in place of Defendant

Lewy Hugh is GRANTED;

3.   Plaintiff's motion for an extension of time and request for subpoena duces tecum

are DENIED as MOOT; and

4.   The Clerk of the Court is directed is fill out and forward the following documents

to the United States Marshals Service:

(1) One completed and issued summons;

(2) **One completed USM−285 form as to Defendant nurse Lilian H, Wellpath, 855**

**M. Street, Suite No. 190/P.O. Box 872, Fresno, CA. 93712**;

(3) One copy of the first amended complaint filed on June 21, 2024 (ECF No. 8), plus

an extra copy for the Marshals Service;

(4) One copy of this order, plus an extra copy for the Marshals Service; and

5.   Within ten days from the date of this order, the Marshals Service is directed to notify

the following defendants of the commencement of this action and to request a waiver of

service in accordance with the provisions of Fed. R. Civ. P. 4(d) and 28 U.S.C. § 566(c):

**Lilian H.**

6.   The Marshals Service shall file returned waivers of service as well as any requests

for waivers of service that are returned as undelivered as soon as they are received.

7.   If a waiver of service is not returned by a defendant within sixty days of the date of

---

[1] To the extent Plaintiff seeks other documents relating to the merits of his underlying claims, Plaintiff is advised that discovery is not yet open

2

mailing the request for waiver, the Marshals Service shall:

    a. Personally serve process and a copy of this order upon the defendant pursuant to Rule 4 of the Federal Rules of Civil Procedure and 28 U.S.C. § 566(c), and shall command all necessary assistance from the Fresno County Jail to execute this order. The Marshals Service shall maintain the confidentiality of all information provided by the Fresno County Jail pursuant to this order. In executing this order, the Marshals Service shall contact the Legal Affairs Division of the Fresno County Jail and request the assistance of a Special Investigator if the Litigation Officer at the institution is unable to assist in identifying and/or locating defendants.

    b. Within ten days after personal service is effected, the Marshals Service shall file the return of service for the defendant, along with evidence of any attempts to secure a waiver of service of process and of the costs subsequently incurred in effecting service on said defendant. Said costs shall be enumerated on the USM−285 form and shall include the costs incurred by the Marshals Service for photocopying additional copies of the summons and complaint and for preparing new USM−285 forms, if required. Costs of service will be taxed against the personally served defendant in accordance with the provisions of Fed. R. Civ. P. 4(d)(2).

    8.   If defendant waives service, they are required to return the signed waivers to the Marshals Service. The filing of an answer or a responsive motion does not relieve defendants of this requirement, and the failure to return the signed waivers may subject defendants to an order to pay the costs of service pursuant to Fed. R. Civ. P. 4(d)(2).

IT IS SO ORDERED.

Dated:  **December 17, 2024**

                                STANLEY A. BOONE
                                United States Magistrate Judge