UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| D'ANNUNZIO ROMAN GAVIOLA PATRON,<br><br>Plaintiff,<br><br>v.<br><br>LEWY HUGH, et al.,<br><br>Defendants. | No. 1:24-cv-00655-JLT-SAB (PC)<br><br>ORDER DENYINGPLAINTIFF'S MOTION TO CORRECT NAMES OF CERTAIN DEFENDANTS AS MOOT<br><br>(ECF No. |

Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983.

Currently before the Court is Plaintiff's motion to correct the names of Defendants, filed January 8, 2025. Plaintiff is advised that the Court as corrected the docket to reflect that the names of the three Defendants in this case are Lilian H., C. Herrera, and C. Mares. Accordingly, Plaintiff's motion is denied as moot.

IT IS SO ORDERED.

Dated:   **January 10, 2025**

STANLEY A. BOONE
United States Magistrate Judge

1