1

2

3                    UNITED STATES DISTRICT COURT

4                    EASTERN DISTRICT OF CALIFORNIA

5

6  D'ANNUNZIO ROMAN GAVIOLA          No.  1:24-cv-00655-JLT-SAB (PC)
   PATRON,
7                                    ORDER DENYING PLAINTIFF'S MOTION
                Plaintiff,           TO CORRECT NAMES OF DEFENDANTS
8                                    AND FOR SANCTIONS AS MOOT
       v.
9                                    (ECF No. 41)
   LEWY HUGH, et al.,
10

11              Defendants.

12

13         Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42

14  U.S.C. § 1983.

15         Currently before the Court is Plaintiff's motion to correct the names of Defendants and

16  request for sanctions, filed January 21, 2025.

17         Plaintiff's motion must be denied.  As stated in the Court's January 10, 2025 order, the

18  Court has changed the docket to reflect the correct names of Defendants as Lilian H., C. Herrera,

19  and C. Mares.  (ECF No. 39.)  In addition, the Court discharged the order for the Fresno County

20  Sheriff to show cause why sanctions should not be imposed with regard to service of the

21  summons and complaint.  (ECF Nos. 24, 32.)  Accordingly, Plaintiff's present motion is denied as

22  MOOT.

23

24  IT IS SO ORDERED.

25  Dated:  __January 22, 2025__          _____

26                                        STANLEY A. BOONE
                                          United States Magistrate Judge
27

28

                                          1