UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| D'ANNUNZIO ROMAN GAVIOLA PATRON,<br><br>            Plaintiff,<br><br>     v.<br><br>C. MARES, et al.,<br><br>            Defendants. | No.  1:24-cv-00655-JLT-SAB (PC)<br><br>ORDER DIRECTING DEFENDANT LILIAN H. TO FILE RESPONIVE PLEADING |

      Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983.  This action is proceeding on Plaintiff's Fourteenth Amendment due process deliberate indifference claim against Defendants Lilian H., C. Mares, and C. Herrera.

      On February 11, 2025, Defendant Lilian H an employee of Wellpath, LLC. filed a suggestion of bankruptcy and notice of stay indicating that on November 11, 2024, Wellpath filed for bankruptcy in the United States Bankruptcy Court for the Southern District of Texas (Houston Division) for relief under chapter 11 of the United States Bankruptcy Code. (ECF No. 44.)

      Given four months have passed and Defendant has not provided an update as to the status of the bankruptcy proceedings, Defendant Lilian H shall file a responsive pleading or otherwise respond in writing why she should not be ordered to do so.

1  Accordingly, IT IS HEREBY ORDERED that Defendant Lilian H shall file a responsive pleading or notice why she should not be ordered to do so within **twenty (20)** days from this order.

IT IS SO ORDERED.

Dated:  **June 11, 2025**

_____
STANLEY A. BOONE
United States Magistrate Judge