UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| D'ANNUNZIO ROMAN GAVIOLA PATRON,<br><br>           Plaintiff,<br><br>   v.<br><br>C. MARES, et al.,<br><br>           Defendants. | No. 1:24-cv-00655-JLT-SAB (PC)<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE AND DIRECTING RESPONSE BE FILED ON OR BEFORE JULY 11, 2025<br><br>(ECF Nos. 56, 57) |

      Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983. This action is proceeding on Plaintiff's Fourteenth Amendment due process deliberate indifference claim against Defendants Lilian H., C. Mares, and C. Herrera.

      On February 11, 2025, Defendant Lilian H an employee of Wellpath, LLC. filed a suggestion of bankruptcy and notice of stay indicating that on November 11, 2024, Wellpath filed for bankruptcy in the United States Bankruptcy Court for the Southern District of Texas (Houston Division) for relief under chapter 11 of the United States Bankruptcy Code. (ECF No. 44.)

      Given that four months had passed since the most recent filing, on June 11, 2025, the Court ordered Defendant Lilian H to file a responsive pleading within twenty days. (ECF No. 55.) Defendant failed to file a responsive pleading or otherwise communicate with the Court.

Therefore, on July 3, 2025, the Court ordered Defendant Lilian H to show cause why sanctions should not be dismissed for failure to comply with a court order. (ECF No. 56.)

On July 8, 2025, Defendant filed a response to the Court's July 3, 2025, order to show cause. (ECF No. 57.) Therein, Defendant's counsel states that he inadvertently failed to calendar the deadline to respond to the Court's June 11, 2025. To this end, counsel states:

> My failure to timely respond was entirely my fault. I take full responsibility for this oversight and sincerely apologize to the Court, the Court's Staff, all Counsel and Mr. Patron. I did not intend to show any disrespect to the Court by failing to comply with the Order. I have appeared before this Court on numerous occasions and do not believe I have ever previously failed to comply with one of this Court's Orders.

(ECF No. 57 ¶ 3.) Defendant requests until July 11, 2025, to file a responsive answer. (Id. ¶ 5.)

Here, given Defendant's timely response to the Court's order to show cause explaining the inadvertent calendaring error, the Court finds no coercive sanction is necessary. Therefore, the order to show cause will be discharged.

Accordingly, it is HEREBY ORDERED that:

1. The Court's July 3, 2025, order to show cause (ECF No. 56) is DISCHARGED; and

2. Defendant Lilian H shall file a responsive answer on or before July 11, 2025.

IT IS SO ORDERED.

Dated:  **July 9, 2025**

STANLEY A. BOONE
United States Magistrate Judge