UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| D'ANNUNZIO ROMAN GAVIOLA PATRON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>C. MARES, et al.,<br><br>　　　　Defendants. | No. 1:24-cv-00655-JLT-SAB (PC)<br><br>**AMENDED** SCHEDULING ORDER EXTENDING DEADLINES<br><br>(ECF No. 40) |

　　　Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983. This action is proceeding on Plaintiff's Fourteenth Amendment due process deliberate indifference claim against Defendants Lilian H, Cristobal Mares, and Christopher Herrera.

　　　On December 30, 2024, Defendant Cristobal Mares filed an answer to the complaint. (ECF No. 34.) On January 10, 2025, the Court issued the discovery and scheduling order. (ECF No. 40.)

　　　On March 26, 2025, Defendant Christopher Herrera filed an answer to the complaint, and Defendant Lilian H filed an answer on July 10, 2025. (ECF Nos. 46, 59.)

///

In order to avoid prejudice to Defendants who have filed an answer after the issuance of the initial discovery and scheduling order and to prevent staggered deadlines among the parties, the Court sua sponte amends the scheduling order to allow for additional time of the applicable deadlines.

Accordingly, it is HEREBY ORDERED that:

1. The deadline to amend pleadings is **August 22, 2025**;
2. The deadline to file an exhaustion motion is **September 22, 2025**;
3. The deadline for completion of discovery is **December 23, 2025**;
4. The deadline for filing dispositive motions is **February 20, 2026**; and
5. All other substantive provisions of the Court's January 10, 2025, scheduling order remain in effect.

IT IS SO ORDERED.

Dated:   **July 23, 2025**

STANLEY A. BOONE
United States Magistrate Judge