UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| D'ANNUNZIO ROMAN GAVIOLA PATRON,<br><br>Plaintiff,<br><br>v.<br><br>C. MARES, et al.,<br><br>Defendants. | No. 1:24-cv-00655-JLT-SAB (PC)<br><br>ORDER GRANTING DEFENDANT C. MARES'S MOTION TO AMEND THE SCHEDULING ORDER<br><br>(ECF No. 62) |

Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983.

Currently before the Court is Defendant C. Mares's motion to amend the scheduling order, filed December 23, 2025.

Good cause having been presented, it is HEREBY ORDERED that:

1. The deadline for completion of discovery is extended to August 1, 2026;

2. The deadline to file dispositive motions is extended to October 1, 2026; and

3. All other substantive provisions of the Court's January 10, 2025, scheduling order remain in effect.

IT IS SO ORDERED.

Dated:  **January 6, 2026**

STANLEY A. BOONE
United States Magistrate Judge

1