UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

D'ANNUNZIO ROMAN GAVIOLA PATRON,

Plaintiff,

v.

C. MARES, et al.,

Defendants.

No.  1:24-cv-00655-JLT-SAB (PC)

ORDER ADOPTING FINDINGS AND RECOMMENATIONS TO DENY PLAINTIFF'S MOTIONS FOR PRELIMINARY INJUNCTION

Docs. 61, 65, 66, 67

Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983.

On January 7, 2026, and January 13, 2026, magistrate judge issued Findings and Recommendations that recommended plaintiff's motions for a preliminary injunction be denied. (Docs. 65, 67.)  The magistrate judge determined that Plaintiff had not met the requirements for the injunctive relief sought in his motions.  The Court served the findings and recommendations on plaintiff notified him that any objections thereto were to be filed within 14 days after service. (Doc. 65 at 4, Doc. 67 at 3.)  Plaintiff did not file objections, and the deadline to do so has expired.

According to 28 U.S.C. § 636 (b)(1)(C), this Court performed a *de novo* review of this

1

case.  Having carefully reviewed the matter, the Court concludes that the findings and recommendations are supported by the record and proper analysis.

Accordingly the Court **ORDERS**:

1. The findings and recommendations issued on January 7, 2026, and January 13, 2026, (Docs. 65, 67), are **ADOPTED**.

2. Plaintiff's motions for a preliminary injunction, (Docs. 61, 66), are **DENIED**.

IT IS SO ORDERED.

Dated:    **February 16, 2026**

UNITED STATES DISTRICT JUDGE

2