UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| D'ANNUNZIO ROMAN GAVIOLA PATRON,<br><br>                    Plaintiff,<br><br>          v.<br><br>C. MARES, et al.,<br><br>                    Defendants. | No.  1:24-cv-00655-JLT-SAB (PC)<br><br>ORDER DENYING DEFENDANTS' MOTION TO DEPOSE PLAINTIFF WAS UNNECESSARY<br><br>(ECF No. 69) |

Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983.

Currently before the Court is Defendants' motion to depose Plaintiff pursuant to Federal Rule of Civil Procedure 30(a)(2)(B), filed February 20, 2026.  (ECF No. 69.)

The Court's discovery and scheduling order stated that "[p]ursuant to Federal Rule of Civil Procedure 30(a)(2)(B), Defendant may depose Plaintiff and any other witness confined in a prison upon condition that, at least fourteen (14) days before such a deposition, Defendant serves all parties with the notice required by Federal Rule of Civil Procedure 30(b)(1)."  (ECF No. 40 at 2:4-6.)  Thus, Defendants have already been granted permission to depose Plaintiff and any other witness confined in a prison.  Accordingly, Defendants' motion is denied as unnecessary.

IT IS SO ORDERED.

Dated:    **March 4, 2026**    _____

STANLEY A. BOONE
United States Magistrate Judge

1