UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

D'ANNUNZIO ROMAN GAVIOLA PATRON,

Plaintiff,

v.

C. MARES, et al.,

Defendants.

No.  1:24-cv-00655-JLT-SAB (PC)

ORDER GRANTING DEFENDANTS' MOTION TO MODIFY THE DISCOVERY AND SCHEDULING ORDER

(ECF No. 74)

Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983.

Currently before the Court is Defendants' motion to modify the discovery and scheduling order, filed May 20, 2026.  (ECF No. 74.)

Good cause having been presented, it is HEREBY ORDERED that:

1.    The discovery deadline is extended to December 1, 2026;

2.    The dispositive motion deadline is extended to February 1, 2027; and

3.    All other substantive provisions of the Court's January 10, 2025, discovery and scheduling order remain in effect.

IT IS SO ORDERED.

Dated:  **May 21, 2026**

STANLEY A. BOONE
United States Magistrate Judge

1