# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| D'ANNUNZIO ROMAN GAVIOLA PATRON,<br>Plaintiff,<br>v.<br>LEWY HUGH, et al.,<br>Defendants. | Case No. 1:24-cv-00655-JLT-SAB (PC)<br>ORDER GRANTING MOTION TO MODIFY THE SCHEDULING ORDER<br>(ECF No. 83) |

Pending before the Court is a motion from Defendants seeking to modify certain dates in the scheduling order. (ECF No. 83.) Defendants have moved for a continuance of the discovery and dispositive motion deadline because of a recently filed motion for terminating sanctions, which is based in large part on Plaintiff's failure to appear at his deposition. Good cause appearing, the Court GRANTS the motion (ECF No. 83) and ORDERS the following dates in the scheduling order are modified:

1. The close of discovery is continued to **May 1, 2027**;
2. The dispositive motion deadline is continued to **July 1, 2027**; and

/ / /

/ / /

3. The scheduling order otherwise remains controlling. (ECF No. 40.)

IT IS SO ORDERED.

Dated: **November 20, 2026**

STANLEY A. BOONE
United States Magistrate Judge